AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| **Jose Luis CASTILLO** | ) | Case No. |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ **December 18, 2019** _____ in the county of _____ **Webb** _____ in the
_____ **Southern** _____ District of _____ **Texas** _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1326 | A citizen of Mexico, who has previously been REMOVED or has departed the United States while an order of REMOVAL is outstanding was thereafter found in the United States in or near Laredo, Texas the said Defendant having not obtained the consent of the Attorney General of the United States (prior to March 1, 2003) or of the Secretary of the Department of Homeland Security (March 1, 2003 and thereafter- Title 6, United States Code, Sections 202 and 557) for the reapplication by the said Defendant for admission into the United States. |

This criminal complaint is based on these facts:

On or about December 18, 2019 the defendant Jose Luis CASTILLO was apprehended near Laredo, Texas.  After a brief interview it was determined that, Jose Luis CASTILLO was an undocumented alien from Mexico and subsequently placed under arrest.  Further investigation revealed that Jose Luis CASTILLO was previously REMOVED from the United States on 05/11/2017 at El Paso, Tx. There is no record that Jose Luis CASTILLO has applied for or received permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States after deportation.

☐ Continued on the attached sheet.

/S/Joshua Steele
_Complainant's signature_

Joshua Steele                    Border Patrol Agent
_Printed name and title_

Sworn to before me and signed in my presence,

Date:  December 20, 2019

_Judge's signature_

City and state:   Laredo, Texas

Diana Song Quiroga        U.S. Magistrate Judge
_Printed name and title_